AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| CELIA CRUZ ENTERTAINMENT LLC d/b/a ESTATE OF CELIA CRUZ <br><br> _Plaintiff(s)_ <br> v. <br> MIGGUEL ANGGELLO, JUPITER MOON PRODUCTIONS, LLC, THE AVENTURA CENTER, and JOHN DOES 1-10 <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:25-cv-24726-PCH |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
MIGGUEL ANGGELLO
219 36th Street 3A
Brooklyn, New York 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MEDINA LAW FIRM LLC
1200 N. FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432
(954) 859-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____10/15/2025_____

_s/ Nadhege Augustin_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| CELIA CRUZ ENTERTAINMENT LLC d/b/a ESTATE OF CELIA CRUZ <br><br> *Plaintiff(s)* <br><br> v. <br><br> MIGGUEL ANGGELLO, JUPITER MOON PRODUCTIONS, LLC, THE AVENTURA CENTER, and JOHN DOES 1-10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:25-cv-24726-PCH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JUPITER MOON PRODUCTIONS, LLC
219 36th Street 3A
Brooklyn, New York 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MEDINA LAW FIRM LLC
1200 N. FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432
(954) 859-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Nadhege Augustin*

Deputy Clerk
U.S. District Courts

Date:   10/15/2025

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| CELIA CRUZ ENTERTAINMENT LLC d/b/a ESTATE OF CELIA CRUZ | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  1:25-cv-24726-PCH |
| MIGGUEL ANGGELLO, JUPITER MOON PRODUCTIONS, LLC, THE AVENTURA CENTER, and JOHN DOES 1-10 | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Aventura Center
c/o Ty Sutton
201 SW Fifth Avenue
Fort Lauderdale, FL 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MEDINA LAW FIRM LLC
1200 N. FEDERAL HIGHWAY
SUITE 200
BOCA RATON, FL 33432
(954) 859-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ Nadhege Augustin*

Date:     10/15/2025

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court